# COMPLAINT FORM
### (for filers who are prisoners without lawyers)

18 JUN 18 PM 4:09

IN THE UNITED STATES DISTRICT COURT
FOR THE **7th** DISTRICT OF **Southern Indiana - Indianapolis Division**

(Full name of plaintiff(s))

**Kurt J. Kemp**

vs

1:18-cv-1855 RLY-TAB

Case Number:
(to be supplied by clerk of court)

(Full name of defendant(s)) **Wexford Health, Dr. A. Platz, Dr. Bruce D. Ippel, P. Wadliegh, N.P.**

A. PARTIES

1. Plaintiff is a citizen of **Indiana** (State), and is located at **New Castle Correctional Facility 1000 Van Nuys Rd., New Castle, IN 47362-1041** (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Wexford Health, Dr. A. Platz, Dr. Bruce Ippel, P. Wadliegh, N.P.** (Name)

Complaint - 1

is (if a person or private corporation) a citizen of ___Indiana___ / Wexford Health Pittsburg, PA 15220
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job) Wexford Health @ New Castle Correctional Facility, New Castle, IN
worked for ___Wexford Health - 501 Holiday Drive, Foster Plaza Four Pittsburgh, PA. 15220___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

The plaintiff Kurt J. Kemp is an inmate at New Castle Correctional Facility where the defendants worked as medical providers to the plaintiff. The defendants have each violated the plaintiff's eighth amendment rights by denying plaintiff (deliberate indifference) proper medical treatment for pain from spinal stenosis, and also denied proper and consistent medication to the plaintiff to prevent clotting in the event of transient ischemic attacks which the plaintiff has a history of. Plaintiff has tried to obtain treatment, and was denied treatment for spinal stenosis, and T.I.A.'s. Plaintiff tried

Complaint - 2

to ~~submit~~ submit his medical record, and have it reviewed by P. Wadliegh, N.P. and others, and was denied - as it could be "forged" according to her. Plaintiff has signed 3 releases to get DOC, and Wexford to get his medical record from Bluffton Regional Medical Center, and as of 6/11/18 they still do not have it. Plaintiff suffers from parathesia (numbness and tingling due to spinal stenosis) in his left hand. Plaintiff has spinal stenosis with compression at the C5-C6 level, and degenerative changes of the cervical spine, and this can be proven with his medical history which is objective medical evidence. Plaintiffs refused to give plaintiff a "bottom bunk pass" until after he filed a motion for state tort claim then issued one. Defendants do not have "planned care in a continuous fashion" which is part of a directive from DOC that medical should follow, but does not have to, but doing what they are doing is showing that Wexford, and its doctors are indicating they have chosen a deliberate policy of not providing centralized coordination for prisoner medical care. Plaintiff suffers pain from spinal stenosis, and has been given no medication that helps him with the pain.

Complaint - 3

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.
                                    OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

WHEREFORE, plaintiff respectfully prays that this Court enter judgment granting plaintiff:

1.) A declaration that the acts and omissions described herin violated plaintiff's rights under the Constitution, and laws of the United States.

2.) A preliminary and permanent injunction ordering defendants Dr. A. Platz, Dr. Bruce D. Ippel, P. Wadlvegh, NP., to send plaintiff to another medical provider for Spinal Stenosis treatment, and treatment for T.I.A.'s.

3.) Compensatory damages in the amount of $250,000 against each defendant, jointly and severally. Punitive Damages in the amount of $25,000 against each defendant.

E.  **JURY DEMAND**

☒ Jury Demand - I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this __11__ day of __June__ 20_18_.

Respectfully Submitted,

_____
Signature of Plaintiff

__266745_____
Plaintiff's Prisoner ID Number

J1-114
1000 Van Nuys Rd.
New Castle, IN 47362-1041
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.